IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 MAR 20 A 8: 10

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| v. | * | Case No. 2:06cr169-WHA |
| | * | |
| Roger Walton | * | |

## NOTICE OF CALENDAR CONFLICT

Comes now the undersigned counsel and files this his Notice of Calendar Conflict in the above-styled cause and shows to the Court as follows:

1. The Pretrial Conference in this matter, which had been originally set for April 4, 2007, has been reset for April 2, 2007.

2. As this Court is aware the undersigned cousel and his wife will soon be celebrating their 20th wedding anniversary. As a gift from his wife counsel has been given tickets to the NCAA Basketball Championships in Atlanta on April 2, 2007 and; therefore, will be unavailable on that date.

3. The Defendant advises that he has retained counsel anf this matter and it is expected that said retained counsel will attend the Pretrial Conference.

4. The undersigned has filed a Motion to Withdraw in this matter at the instruction of the Defendant. If said Mtion has not been granted by the

time of the Pretrial the undersigned will have a codefendant's counsel stand in for him,

Wherefore; the undersigned requests that this Honorable Court note his calendar conflict on April 2, 2007.

Respectfully submitted this 20th day of March, 2007.

Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
email: duraskilaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below and the Defendant by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 20th day of March, 2007.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant

Clark Morris, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197

Mr. Roger Walton
120 Danya Drive
Prattville, Alabama 36067