IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 MAR 20  A 8: 10

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| v. | * | Case No. 2:06cr169-WHA |
| | * | |
| Roger Walton | * | |

## MOTION TO WITHDRAW

Comes now the undersigned counsel and files this his Motion to Withdraw as counsel for the Defendant in the above-styled cause and shows to the Court as follows:

1. The Defendant advises that he has retained counsel to represent him in this matter and has instructed the undersigned to take no further action on the Defendant's behalf.

2. The Defendant has been advised of up coming court dates and discovery issues in this matter and states that he has relayed these matters to his new counsel.

3. Counsel has not obtained discovery at the direction of the Defendant.

Wherefore; the undersigned requests that he be allowed to withdraw as counsel of record.

Respectfully submitted this 20th day of March, 2007.

*Russell T. Duraski*
Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
email: duraskilaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below and the Defendant by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 20th day of March, 2007.

Russell T. Duraski (DUR007)
Attorney for Defendant

Clark Morris, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197

Mr. Roger Walton
120 Danya Drive
Prattville, Alabama 36067