IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| ROGER WALTON | ) | |

**ORDER**

For good cause, it is

ORDERED that defendant Walton shall either cause his retained counsel to file an appearance and appear at the pretrial conference scheduled for 3:00 p.m. on April 2, 2007, in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, *or defendant shall appear himself, in person*, at the pretrial conference on that date and be prepared to discuss whether he will be represented by appointed or retained counsel in this case.

DONE, this 30th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE