IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| ROGER WALTON | ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned attorney and makes known unto the Court that he has been retained to represent the Defendant, Roger Walton, in the above-captioned cause.

    /s/ Gregory M. Pool
    GREGORY M. POOL

OF COUNSEL:
GREGORY M. POOL
Attorney at Law
Post office Box 2247
Montgomery, Alabama 36102-2247
ASB-4689-R75P
(334) 265-3528

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following via CM/ECF on this the 2nd day of April, 2007.

Hon. A. Clark Morris
Assistant United States Attorney

Hon. John T. Harmon
Assistant United States Attorney