IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| United States of America | * |
| | * |
| v. | *   Case No. 2:06cr169-WHA |
| | * |
| Roger Walton | * |

## MOTION TO WITHDRAW

Comes now the undersigned counsel and files this his Motion to Withdraw as counsel for the Defendant in the above-styled cause and shows to the Court as follows:

1. The Defendant advises that he has retained counsel to represent him in this matter and has instructed the undersigned to take no further action on the Defendant's behalf.

2. The Defendant has been advised of up coming court dates and discovery issues in this matter and states that he has relayed these matters to his new counsel.

3. Counsel has not obtained discovery at the direction of the Defendant.

Wherefore; the undersigned requests that he be allowed to withdraw as counsel of record.

**MOTION GRANTED**

THIS 3rd DAY OF April, 2007

_____
UNITED STATES MAGISTRATE JUDGE