# United States District Court

for

# Middle District of Alabama

## Report on Defendant Under Pretrial Release Supervision

Name of Defendant: Roger Walton                           Case Number: 2:06cr169-WKW

Name of Releasing Judicial Officer: The Honorable Susan Russ Walker

Date of Release: 02/21/07

Type of Release: $25,000 unsecured bond with conditions

Original Offense: 21 § 846, 841, 844 - Conspiracy to Possess With Intent to Distribute Cocaine
                                     Distribution of Cocaine; Aiding & Abetting; Possession of Cocaine

Date of Next Court Appearance: June 4, 2007 (trial term)

---

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7(p) "The defendant shall refrain from any use or unlawful possession of narcotic drug and other controlled substances defined in 21 U.S.C. Section 802 unless prescribed by a licensed medical practitioner." | On 04/12/07, the defendant submitted a drug test which was presumptive positive for marijuana. The test was forwarded to Scientific Testing Lab, and the results were confirmed as being positive for marijuana. |

U.S. Probation Officer Action:

This is the defendant's first violation since being released on pretrial supervision.

It is respectfully recommended that no action be taken at this time. In addition to having the defendant complete a drug assessment and treatment if deemed necessary, the supervising officer will continue to closely monitor the defendant through increased urinalysis testing.

                Respectfully submitted,

                by

                /s/ Jason M. Dillon
                Jason M. Dillon
                U.S. Probation Officer
                Date: 04/26/07

Reviewed and approved: /s/ Sandra G. Wood
                Supervising U.S. Probation Officer

---

*The Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions of Release
[ ] Submit a Request for Warrant or Summons
[ ] Other
[X] Concur with Probation Officer's recommendation
[ ] No action necessary

Signature of Judicial Officer

5/26/07
Date