IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| ROGER WALTON | ) | |

## **ORDER**

Upon consideration of defendant's attorney's second failure to appear for a pretrial conference,[1] and his failure to respond to the court's May 9, 2007 order to file a written explanation of his failure to appear at the first pretrial conference, it is

ORDERED that defendant's attorney shall show cause in writing on or before close of business May 21, 2007 why he should not be sanctioned by the court.

The Clerk of the Court is DIRECTED to send a copy of this order to defendant's attorney electronically and by United States mail, and also to send Defendant Walton a copy of this order by United States mail at the address provided in the file.

DONE, this 15th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The pretrial conferences were scheduled for May 9, 2007, and May 15, 2007. See Doc. # 188 (April 4, 2007), and Doc. # 251 (May 9, 2007).