IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr169-WKW |
| ) | |
| ROGER WALTON ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

Comes now the undersigned attorney and files this Response to this Court's Order to show cause of May 15, 2007.

1. The undersigned regretfully failed to appear at pretrial conferences on May 9, 2007 and May 15, 2007.

2. Due to an email address that was no longer in use[1], the undersigned attorney did not receive electronic notices in this case until updating the email addresses with the CM/ECF system on May 9, 2007.

3. The undersigned apologizes to this Honorable Court for failing to appear at these pretrial conferences, and has taken the necessary steps to ensure that this will not occur in the future. The undersigned in no way meant any disrespect to this Honorable Court and prays that this Court will take that into consideration and not impose any sanctions.

This the 17th day of May, 2007

/s/ Gregory M. Pool
GREGORY M. POOL

OF COUNSEL:
GREGORY M. POOL
Attorney at Law
Post office Box 2247
Montgomery, Alabama 36102-2247
ASB-4689-R75P
(334) 265-3528

---

[1] The email address on file with CM/ECF was gregmpool@yahoo.com which was updated to greg@pool-lawfirm.com and christen@pool-lawfirm.com on May 9, 2007.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following via CM/ECF on this the 17th day of May, 2007.

Hon. A. Clark Morris
Assistant United States Attorney
One Court Square, Ste 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197

Hon. John T. Harmon
Assistant United States Attorney
One Court Square, Ste 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197

/s/ Gregory M. Pool
GREGORY M. POOL