IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr169-WKW |
| ) | |
| ROGER WALTON ) | |
| ) | |
| Defendant. ) | |

## **MOTION TO WITHDRAW**

COMES NOW the undersigned attorney and moves this Honorable Court to allow him to withdraw from representation of the Defendant, Roger Walton, and in support thereof avers as follows:

The undersigned attorney was retained by the Defendant on April 2, 2007, at which time the Defendant paid an initial retainer and entered into a fee agreement with the undersigned attorney.

1. Under the terms of the fee agreement, the Defendant agreed to pay an additional amount on the fee on or before May 1, 2007, and then pay installments on the fee each two (2) weeks thereafter.

2. As of today's date, the Defendant has not made *any payment* to the undersigned attorney since the initial retainer was paid on April 2, 2007.

3. The undersigned attorney has attempted to work with the defendant on payment arrangements; however, the Defendant has made no effort whatsoever to pay anything else on the attorney's fee. Further, the Defendant has not returned telephone

calls from the undersigned attorney or responded to letters mailed to him on May 9, 2007 and May 24, 2007.

4. The Defendant is aware of the fact that his case is set for trial on August 6, 2007, and the undersigned attorney has heretofore made the Defendant aware of the fact that he would be filing a Motion to Withdraw.

WHEREFORE, the undersigned attorney moves this Court to allow him to withdraw as counsel for the defendant, and that this Honorable Court appoint an attorney to represent the Defendant, or require the Defendant to report to the Court his intentions regarding hiring other counsel or requesting a court-appointed attorney.

Respectfully submitted this the __30__ day of May, 2007.


/s/ Gregory M. Pool
GREGORY M. POOL

OF COUNSEL:
GREGORY M. POOL
Attorney at Law
Post Office Box 2247
Montgomery, Alabama 36102-2247
ASB-4689-R75P
(334) 265-3528
(334) 263-2428 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following via CM/ECF on this the __30__ day of May, 2007.

Hon. A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197

Hon. John T. Harmon
Assistant United States Attorney
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197

Mr. Roger Walton
120 Danya Court
Prattville, Alabama 36067

                                                /s/ Gregory M. Pool
                                                GREGORY M. POOL