IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| ROGER WALTON | ) | |

## **ORDER**

Upon consideration of defendant's attorney's motion to withdraw (Doc. # 265), filed May 30, 2007, and for good cause, it is

ORDERED that the motion is DENIED pursuant to the terms of the arraignment order (Doc. #70) entered on February 23, 2007.[1] However, the defendant and his counsel are DIRECTED to report to courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama on June 5, 2007 at 3:30 p.m. to meet with each other, outside the presence of the court, to resolve any issues about continuing representation. The court emphasizes that *defendant must be present for this meeting*.

The Clerk of the Court is DIRECTED to send a copy of this order both to defendant's counsel of record and to the defendant at the address listed in the file.

DONE, this 31st day of May, 2007.

---

[1] The court's arraignment order provides that "[e]xcept in extraordinary circumstances or circumstances in which the Constitution would require it, the court will not entertain motions to withdraw filed by counsel who appear at arraignment unless the motions are filed within seven days of the date of this order. *Failure to obtain fees from a client is not an extraordinary circumstance*." Doc. # 70 (emphasis added). Defendant's present counsel, who entered his appearance on April 2, 2007, did not appear at arraignment, but he replaced counsel who did appear at arraignment and, thus, he is bound by the arraignment order.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE