# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

**IN THE CASE OF:** United States v.s. Roger Walton

FOR: ___
AT: ___

**PERSON REPRESENTED** (Show your full name): Roger Walton

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
- Magistrate
- District Court
- Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor

Conspiracy to Distribute Cont. Subst.
Controlled Substance - Possession & Sell/Distribute

## EMPLOYMENT

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: **Tri County Concrete**

IF YES, how much do you earn per month? $ **1,200-1500**
IF NO, give month and year of last employment. How much did you earn per month? $ ___

If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

## ASSETS

**OTHER INCOME:** Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: **N/A**   SOURCES: ___

**CASH:** Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No  IF YES, state total amount $ ___

**PROPERTY:** Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT
VALUE: ___   DESCRIPTION: ___

## DEPENDENTS

MARITAL STATUS: ___ SINGLE ___ MARRIED ___ WIDOWED ___ SEPARATED OR DIVORCED

Total No. of Dependents: **4**

List persons you actually support and your relationship to them:
- Erica Parker — Daughter
- Mariah Hayes — Daughter
- Whitney Hayes — Daughter
- Mazayvious Walton — Son

## OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Home (Rent) | | $ 0 | $ 350 |
| Water | | $ 0 | $ 20-25 |
| Lights | | $ 0 | $ 100-120 |
| Gas | | $ 0 | $ 60-70 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **6-11-07**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Roger Walton*