IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| ROGER WALTON | ) | |

**ORDER**

On June 6, 2007, the chambers of the undersigned contacted defendant's attorney in connection with his renewed motion to withdraw, and instructed him to file a financial affidavit from Mr. Walton on the court's standard form for this purpose on or before June 11, 2007.

As of this date, no financial affidavit has been filed. Accordingly, and for good cause, it is

ORDERED that defendant Walton shall file a financial affidavit on or before close of business June 14, 2007, if he seeks court-appointed counsel.

Defendant's attorney is reminded that he still represents Mr. Walton in this proceeding unless and until the court grants a motion to withdraw.

DONE, this 12th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE