## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
|     **Plaintiff,** * | |
| * | |
| **VS.** * | **CASE NO. CR  2:06cr169-WKU** |
| * | |
| **ROGER WALTON** * | |
|     **Defendant.** | |

### NOTICE OF APPEARANCE

Comes now Andrew M. Skier, Attorney at Law, and hereby files this notice of appearance as Court-Appointed Counsel on behalf of the defendant in the above-styled cause.

Respectfully submitted this the 14th day of June, 2007.


    s/ Andrew M. Skier

ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice)
(334) 263-4766 (Fax)
Email:  amskier@mindspring.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

A. Clark Morris
Assistant US Attorney
PO Box 197
Montgomery, AL  36101-0197

John T. Harmon
Assistant US Attorney
PO Box 197
Montgomery, AL  36101-0197

 s/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice)
(334) 263-4766 (Fax)
Email:  amskier@mindspring.com