IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| ROGER WALTON | ) | |

## **ORDER**

Upon consideration of defendant attorney's motion to withdraw (Doc. # 273), filed June 6, 2007, and defendant's financial affidavit (Doc. # 279), filed June 12, 2007, and for good cause, it is

ORDERED that the motion to withdraw be and hereby is GRANTED, based on Walton's eligibility for appointment of counsel.  CJA panel attorney, Andrew M. Skier, is hereby appointed to represent the defendant in the above-referenced case.  The appointed attorney shall file a written notice of appearance with this court.

DONE, this 15th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE