### IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **Plaintiff,** | * | |
| | * | |
| VS. | * | CASE NO. CR 2:06cr169-WKU |
| | * | |
| **ROGER WALTON** | * | |
| **Defendant.** | | |

### MOTION FOR INTERIM REIMBURSEMENT OF DISCOVERY EXPENSE

Comes now Andrew M. Skier, Attorney at Law, and hereby moves this Honorable Court to order that the undersigned attorney be reimbursed for the expense incurred in obtaining discovery in this case. As grounds, the undersigned asserts as follows:

1. That the discovery in this case was made available to Counsel via Pro Legal Copies of Montgomery, Inc.

2. That in the interest of controlling expenses, the undersigned has shared a copy of the discovery with Hon. William Blanchard and Hon. Tiffany McCord, with whom the undersigned shares office space.

3. That the undersigned's actual cost for receipt of said discovery was $308.00. A copy of the Invoice from Pro Legal Copies is attached to this motion.

The above grounds considered, the undersigned moves this Honorable Court to order interim reimbursement in the amount of $308.00.

    s/ Andrew M. Skier

ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice)
(334) 263-4766 (Fax)
Email:  amskier@mindspring.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

A. Clark Morris
Assistant US Attorney
PO Box 197
Montgomery, AL  36101-0197

John T. Harmon
Assistant US Attorney
PO Box 197
Montgomery, AL  36101-0197

    s/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice)
(334) 263-4766 (Fax)
Email:  amskier@mindspring.com