

134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal Tax ID No. : 63-1271006

# Invoice

| Date | Invoice # |
|---|---|
| 3/7/2007 | 6937 |

| Bill To |
|---|
| Andrew M. Skier, Esq.<br>P. O. Box 4100<br>Montgomery, Alabama 36103 |

| Ship To |
|---|
|  |

| Terms | Ship |
|---|---|
| Due on receipt | 3/7/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | 1 | Copy from U.S. Attorney's office | 280.00 | 280.00T |

Thank you for your business.

| **Sales Tax (10.0%)** | $28.00 |
|---|---|
| **Total** | $308.00 |