**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
Clerk

TELEPHONE:
334 954-3600

July 23, 2007

# *NOTICE OF DEFICIENCY*

TO:        Attorney Andrew Skier

FROM:   Sheila Carnes
            Senior Courtroom Deputy

SUBJECT:   United States of America v Roger Walton
            Cr No. 2:06cr169-WKW

Defendant Walton's July 20, 2007, Motion for Interim Reimbursement (dn 289) has been stricken from the record, as directed by Judge Walker's chambers, with directive to re-file pursuant to our July 23, 2007, telephone conversation.