## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **Plaintiff,** | * | |
| | * | |
| VS. | * | CASE NO. CR 2:06cr169-WKU |
| | * | |
| **ROGER WALTON** | * | |
| **Defendant.** | | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, Roger Walton, by and through counsel of record, and gives notice that he intends to change his plea from not guilty to guilty of the charges contained in the Indictment.

Respectfully submitted this the 3d day of October, 2007.

        S/ Andrew M. Skier
        ANDREW M. SKIER (SKI013)
        PO Box 4100
        Montgomery, AL 36103-4100
        (334) 263-4105 (Voice) (334) 263-4766 (Fax)
        Email: amskier@mindspring.com

## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **Plaintiff,** | * | |
| | * | |
| VS. | * | CASE NO. CR 2:06cr169-WKU |
| | * | |
| **ROGER WALTON** | * | |
| **Defendant.** | | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esquire, Assistant US Attorney, One Court Square, Suite 201, Montgomery, AL 36104.

S/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email:  amskier@mindspring.com