IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr169-WKW |
| | ) | |
| ROGER WALTON | ) | |
| JAMES TALLEY | ) | |
| JAMES EARL HUBBARD | ) | |
| DARRYL BROWN | ) | |
| WILMONT TIMOTHY BARNETT | ) | |
| TERRENCE ANTWAN NEWKIRK | ) | |

**ORDER**

For good cause, it is

ORDERED that the changes of plea for the above named defendants will be taken as follows:

**October 17, 2007, before Judge Charles Coody *in courtroom 4-B* at 3:00 p.m.**
Roger Walton
James Talley
James Earl Hubbard

**October 22, 2007, before Judge Wallace Capel *in courtroom 5-A* at 3:00 p.m.**
Darryl Brown
Wilmont Timothy Barnett
Terrence Antwan Jerome Newkirk

DONE, this 15th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE