# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HON. JUDGE  KEITH WATKINS | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED   JANUARY 31, 2008 | AT 1:50 A.M./P.M. |
| DATE COMPLETED   JANUARY 31, 2008 | AT 2:22 A.M./P.M. |

UNITED STATES OF AMERICA

CR NO.  2:06cr169-012-WKW

VS

ROGER WALTON

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA'S Clark Morris | X | Atty. Andrew Skier |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Ann Roy | Elizabeth Gould | Mitchell Reisner |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

**SENTENCING**

| | |
|---|---|
| 1:50 PM | Court convened; sentencing hearing commenced.  Terms of plea agreement stated for the record.  Plea agreement accepted.  No objections to PSR.  Court's **ORAL ORDER** granting [526] Motion for Downward Departure and [532] Motion to Decrease Offense Level.  Court's **ORAL ORDER** granting in part and denying in part [544] Motion for Downward Departure as further stated in the record.  Government's **ORAL MOTION** to Dismiss Count 5 of the Indictment.  Court's **ORAL ORDER** granting motion to dismiss Count 5 of the Indictment.  Sentence imposed. |
| 2:22 PM | Hearing concluded. |