AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: ROGER WALTON
CASE NUMBER: 2:06cr169-012-WKW

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

48 Months on each count to run concurrently

X The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where intensive drug treatment is available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

**FEB 21 2008**

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

# RETURN

I have executed this judgment as follows:

Defendant delivered on  2/19/2008  to  FPC Maxwell

at  Montgomery, AL  with a certified copy of this judgment.

Jessie Seroyer JR
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL